_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**June 07, 2013**

Kristin A. Schuler-Hintz, Esq. SBN 7171
Sherry A. Moore, Esq. SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV  89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 13-10066-LBR |
| | ) |
| Manuel Tejeda | ) Chapter  13 |
| Maria Merced Tejeda, | ) |
| | ) **ORDER ON STIPULATION RESOLVING** |
| Debtors. | ) **MOTION TO VALUE COLLATERAL AS** |
| | ) **TO REAL PROPERTY COMMONLY** |
| | ) **KNOWN AS 4405 SHOEN AVE., LAS** |
| | ) **VEGAS, NV 89110** |
| | ) |
| | ) |
| | ) |

///

*Rev. 12.09*                                                  M&H File No. NV-13-85505
                                                              13-10066-LBR

1  The parties agreed to the terms set forth in the Stipulation filed on 6/03/2013 as document
2  # 59 and are bound by the terms of their stipulation which shall be the Order of this Court.

3  **END OF ORDER**

4  IT IS SO ORDERED:

5

6  Submitted by:
   McCarthy & Holthus, LLP
7

8  */s/ Sherry A. Moore, Esq.*
9  Sherry A. Moore, Esq.
   9510 West Sahara Avenue, Suite 110
10 Las Vegas, NV  89117
   (877) 369-6122
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

*Rev. 12.09*                                                                M&H File No. NV-13-85505
                                                                                   13-10066-LBR

Kristin A. Schuler-Hintz, Esq. SBN 7171
Sherry A. Moore, Esq. SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV  89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Bank of America, N.A., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 13-10066-lbr |
| | ) |
| Manuel Tejeda, | ) Chapter 13 |
| Maria Merced Tejeda, | ) |
| | ) **STIPULATION RESOLVING MOTION** |
| | ) **TO VALUE COLLATERAL AS TO REAL** |
| Debtors. | ) **PROPERTY COMMONLY KNOWN AS** |
| | ) **4405 SHOEN AVE., LAS VEGAS, NV** |
| | ) **89110** |
| | ) |
| | ) |

Bank of America, N.A., its assignees and/or successors ("Secured Creditor") and Debtors, Manuel Tejeda and Maria Merced Tejeda, by and through their respective Attorneys of record, STIPULATE as follows:

1. This Order affects the real property commonly known as 4405 Shoen Ave., Las Vegas, NV 89110 (the "Property").
2. On 1/04/2013, the Debtors filed the subject bankruptcy petition.
3. On 2/20/2013, the Debtors filed the Motion to Value Collateral ("Motion to Value") with respect to the Property.
4. On 3/20/2013, Secured Creditor filed an Opposition to the Motion to Value.
5. The parties hereby agree that the value of the subject property is $55,000.00, and the interest rate shall be 5.25% per annum.

6. Debtors understand that the loan shall be de-escrowed, and the Debtors shall accordingly be responsible for making all payments for taxes and insurance directly to the appropriate agencies. Debtors shall be responsible for all unpaid taxes and insurance from the date of the bankruptcy filing going forward.

7. The Debtors shall timely perform all of the obligations under Secured Creditor's loan documents and Chapter 13 Plan as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, Chapter 13 Plan payments, and any and all senior liens.

8. In the event Debtors fail to timely perform any of the obligations set forth in this Order and Debtor's Chapter 13 Plan, Secured Creditor shall notify Debtors and Debtors' counsel of the default in writing. Debtors shall have thirty (30) calendar days from the date of the receipt of the written notification to cure the default and to provide proof to Secured Creditor's counsel of the cure of the default.

9. If the Debtors fail to timely cure the default, Secured Creditor shall be entitled to lodge a Declaration of Default and an Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with foreclosure of the subject property, pursuant to applicable state law, and without further Court Order of proceeding being necessary, proceed with post-foreclosure remedies, including unlawful detainer, if required. Upon disposition of collateral, Secured Creditor will amend or delete its Proof of Claim within sixty (60) days of completion of the foreclosure or the claim shall be deemed withdrawn, and provide Trustee notice of the same.

10. The unsecured portion of Secured Creditor's Proof of Claim shall be paid pro rata with other general unsecured creditors through the Debtors' Chapter 13 Plan.

11. Secured Creditor's lien shall not be paid in full pursuant to the cramdown, and the lien shall not be released, unless Debtors complete the 60-month Chapter 13 Plan and receives a discharge. Once Debtors receive the discharge, the debt shall be paid in full and Secured Creditor shall release the lien accordingly. In the event the Debtor does not receive a discharge, the case is converted to a Chapter 7, or Secured Creditor obtains relief from the automatic stay, the amounts owed shall be owed pursuant to Secured

Creditor's original loan documents.  In the event of the sale or transfer of the Property during the pendency of the bankruptcy, the cramdown shall be moot and the loan shall be paid in full pursuant to Secured Creditor's original loan documents unless notice and approval is received from the Court otherwise.

12. The Debtors shall amend the Chapter 13 Plan within thirty (30) days to incorporate the terms of this Stipulation.

IT IS SO STIPULATED.

Submitted by:

/s/  Sherry A. Moore, Esq.
Sherry A. Moore, Esq. SBN 11215
Kristin A. Schuler-Hintz, Esq. SBN 7171
Attorney for Secured Creditor
Bank of America, N.A., its assignees and/or successors


*/s/Michael Harker*
Michael Harker, Esq.
5550 Painted Mirage Rd. Ste. # 255
Las Vegas, NV 89149
(702) 233-2209
Attorney for Debtors


/s/Kathleen A. Leavitt
Kathleen A. Leavitt
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101
(702) 853-0700